EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br><br>María del Carmen Blanes García | 2019 TSPR 233<br><br>203 DPR _____ |

Número del Caso: TS-13,368

Fecha: 11 de diciembre de 2019

Programa de Educación Jurídica Continua:

Lcda. Maria Cecilia González Molinelli

Lcda. María del Carmen Blanes García:

Por derecho propio

Materia: La suspensión será efectiva el 13 de diciembre de 2019, fecha en que se le notificó a la abogada de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

María del Carmen Blanes García          TS-13,368

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de diciembre de 2019.

El 12 de abril de 2019 el Programa de Educación Jurídica Continua (PEJC) nos refirió una gran cantidad de abogados y abogadas que incumplieron el periodo que comenzó el 1 de agosto de 2014 y culminó el 31 de junio de 2017. Estos abogados y abogadas debían cumplir con los requerimientos del Programa en o antes del 30 de junio de 2018.

El 28 de mayo de 2019, emitimos una Resolución concediéndoles un término de 20 días para que mostraran causa por la cual no se les debía suspender del ejercicio de la profesión por incumplir con los requisitos del PEJC y por no comparecer ante el Programa cuando se les requirió. Ante la incomparecencia de varios abogados y abogadas, el 14 de agosto de 2019 les concedimos un término adicional de 10 días para que mostraran causa por la cual no se les debía suspender del ejercicio de la abogacía.

En lo pertinente, la Lcda. María del Carmen Blanes García fue una de las profesionales del Derecho que el PEJC refirió. En vista de que aún no ha comparecido, ordenamos su suspensión inmediata e indefinida del ejercicio de la abogacía y la notaría por incumplir con los requerimientos del PEJC y las órdenes de este Tribunal.

De tener clientes al momento de la suspensión, deberá notificarles sobre su inhabilidad para continuar representándolos y devolverles cualesquiera honorarios recibidos por trabajos no realizados. Además, deberá informar inmediatamente de su suspensión a los foros judiciales y administrativos en que tenga asuntos pendientes. Por último, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de 30 días a partir de la notificación de esta Resolución. No hacerlo pudiere conllevar que no se le reinstale cuando lo solicite.

Debido a que se incautó previamente la obra protocolar y el sello notarial, el Director de la ODIN, Lcdo. Manuel E. Ávila De Jesús, mantendrá custodia de estos hasta que este Tribunal ordene lo contrario. Asimismo, la fianza notarial queda cancelada automáticamente. No obstante, se considerará buena y válida por tres años después de su terminación dado los actos realizados por la licenciada Blanes García durante el periodo en que la misma estuvo vigente.

Notifíquese inmediatamente y publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. Los Jueces Asociados señores Kolthoff Caraballo y Estrella Martínez no intervinieron.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo